UNITED STATES OF AMERICA
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>LAWRENCE J. SKROBOT,   )<br>JAMES ROBERT THOMAS,   )<br>VARENA MCCLOUD,   )<br>CHARLENE BATALLA,   )<br>HATTIE BROOKS,   )<br>DONALD THOMAS,   )<br>JONATHON MARCHETTI,   )<br>JOSEPH GREEN III,   )<br>JOSEPH MILLER,   )<br>ALFREDO HILADO,   )<br>JOHNNY WHITE,   )<br>DIANE ROBINSON,   )<br>JOHN LEWIS,   )<br>JAMES GREEN,   )<br>CHRISTOPHER MARCHETTI,   )<br>KARL ALLEN,   )<br>ALONZO BRAZIEL and   )<br>KEVIN EARL   ) | No.   08 CR 107<br><br>Judge Elaine E. Bucklo |

## ADDITION OF COUNSEL

Please take notice that Assistant United States Attorney Megan Cunniff Church has been added to the list of counsel appearing on behalf of the United States to receive CM/ECF notifications.

                  Respectfully submitted,

                  PATRICK J. FITZGERALD
                  United States Attorney

By:   /s/ Megan Cunniff Church
       Megan Cunniff Church
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 886-1173

-2-

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that this document was served on February 6, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF") pursuant to the district court's system as to ECF filers.

/s/ Megan Cunniff Church
Megan Cunniff Church
Assistant United States Attorney