UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                      Case No.: 1:08−cr−00107
                                        Honorable Elaine E. Bucklo

Lawrence J. Skrobot, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 7, 2008:

    MINUTE entry before Judge Elaine E. Bucklo : Status as to all defendants held on 3/7/08 and continued to 5/9/08 at 10:00 a.m. Defendants' pretrial motions are granted as discussed in court. Terrence H. Campbell is appointed to represent defendant Lawrence J. Skrobot. Time from this day through next status is excluded for motions, plea negotiations and trial preparations under 18:3161 (h)(8)(B)(iv). Defendants' appearances at the next status will be waived if their respective counsel would choose to do so. Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.