| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF

USA v.s. Lawrence Skrobot

FOR _____ AT _____

**FILED**
MAR 7 2008
JUDGE ELAINE E. BUCKLO
UNITED STATES DISTRICT COURT

PERSON REPRESENTED (Show your full name)
Lawrence J. Skrobot

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: _____
District Court: 08 CR 107-1
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)    ☒ Felony    ☐ Misdemeanor
WIRE FRAUD

---

**EMPLOYMENT**

Are you now employed? ☐ Yes    ☐ No    ☒ Am Self-Employed
Name and address of employer: _____

IF YES, how much do you earn per month? $ 2500
IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ 1260    SOURCES: Com Ed Retirement

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 311

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| 0 | Minority interest in land trust which allows majority owner who makes decisions to recoup his initial investment then share profits |
| '03 Kia Rio — 1,500 | |
| '07 Ford Van — 15,000 | |

**DEPENDENTS**

MARITAL STATUS: ☒ MARRIED / SINGLE / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: 5
List persons you actually support and your relationship to them: (wife) Natal, Daughter, Son, Son, Son

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Debt | Monthly Paymt. |
|---|---|---|
| Marquette Bank | $144,676 | $1350 |
| 2007 Ford Van | $15,347 | $333 |
| Detailed monthly pymts (additional) | $19,349 | $3010 |
| Debt to Attorneys | $20,920 | $ |
| Other Long term Debt w/ Judgements | ± $84,393 | 4-693 |
| | 284,685 | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) March 5, 08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Lawrence Skrobot*