IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  08 CR 107 |
| | ) | |
| LAWRENCE SKROBOT, *et al*. | ) | Hon. Elaine E. Bucklo |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO EXPAND LAWRENCE SKROBOT'S BOND FOR WORK**

Defendant LAWRENCE SKROBOT, by and through his attorney, TERENCE H.
CAMPBELL of COTSIRILOS, TIGHE & STREICKER, hereby respectfully requests that the Court
enter an order modifying Ms. White's conditions of bond to allow him to travel to the Central
District of Illinois for work.  In support of this motion, Mr. Skrobot states as follows:

1.      Lawrence Skrobot is a 53 year old husband and father who has four adult children of
his own, as well as four special needs children that he and his wife adopted from 1991 to 1994.  Mr.
Skrobot and his family live in Matteson, Illinois.  Mr. Skrobot and his wife home school their
adopted children, and Mr. Skrobot is the sole breadwinner for his family.

2.      Mr. Skrobot was charged earlier this year in a mortgage fraud case.  He was released
on an O.R. Bond, and has been entirely compliant with all conditions of that bond.  His bond
currently restricts him to travel only in the Northern District of Illinois.

3.      Mr. Skrobot is responsible for certain management duties at a property in Mineral,
Illinois, which is located in the Central District of Illinois, approximately 120 miles from Mr.
Skrobot's home in Matteson.  Mr. Skrobot needs to travel to that property in order to perform certain
duties, and respectfully asks the Court to expand his bond so that he may do so.  As Mr. Skrobot has
limited income and four children to support, allowing him to continue to pursue his work is

beneficial to all concerned.

4.      Accordingly, Lawrence Skrobot is requesting that his bond be modified to allow him to travel to the Central District of Illinois to continue to perform his work in that area.  Mr. Skrobot will certainly give advance notice to his Pre-Trial Services Officer, Mr. Jonathon Reid, before traveling to Mineral, Illinois for this work.  Pre-Trial Officer Reid has indicated to Mr. Skrobot that he (Mr. Reid) has no objection to this request.

5.      Undersigned counsel spoke with Assistant U.S. Attorney Lisa Noller, and Ms. Noller also stated that the government has no objection to this request and that we could style this an "Agreed Motion."

WHEREFORE, for the reasons stated above, Mr. Lawrence Skrobot respectfully requests that the Court enter an order modifying his bond to allow him to travel to the Central District of Illinois for his work, effective immediately.

Respectfully submitted,

/s/ Terence H. Campbell
Attorney For Defendant Lawrence Skrobot

Terence H. Campbell
Cotsirilos, Tighe & Streicker, Ltd.
33 North Dearborn Street, Suite 600
Chicago, Illinois  60602
312-263-0345

-3-

## CERTIFICATE OF SERVICE

Terence H. Campbell, an attorney, hereby certifies that in accordance with Fed.R.Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

1. Notice of Motion

2. Defendant Lawrence Skrobot's Motion To Expand His Bond For Work

were served pursuant to the District Court's ECF system as to ECF filers.


            /s/  Terence H. Campbell

               Terence H. Campbell