IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 CR 107 |
| ) | |
| LAWRENCE SKROBOT, *et al*. ) | Hon. Elaine E. Bucklo |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

TO: Lisa Noller
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on Thursday, April 24, 2008, at 9:30 a.m., we shall appear before the Honorable Elaine E. Bucklo, United States District Judge, in the Courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and present the Agreed Motion to Expand Lawrence Skrobot's Bond for Work, a copy of which accompanies this Notice of Motion.

Respectfully submitted,

By: /s/ Terence H. Campbell
Attorney for Defendant Lawrence Skrobot

Terence H. Campbell
Cotsirilos Tighe & Streicker, Ltd.
33 North Dearborn Street, Suite 600
Chicago, IL 60602
312-263-0345