IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  08 CR 107 |
| | ) | |
| LAWRENCE SKROBOT, *et al*. | ) | Hon. Elaine E. Bucklo |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW DUE TO POTENTIAL CONFLICT

Terence H. Campbell of the law firm of Cotsirilos, Tighe & Streicker, attorney for Defendant LAWRENCE SKROBOT, hereby respectfully requests that the Court enter an order allowing present counsel to withdraw based on a potential conflict of interest with a recent former client of counsel's firm. In support of this motion, counsel states as follows:

1. This Court recently agreed to appoint undersigned counsel to represent Mr. Skrobot in this case. Since that time, based on information recently received from the U.S. Attorney's Office, counsel has found that there exists a potential conflict of interest between Mr. Skrobot and a recent former client of counsel's firm.

2. In an effort to avoid any potential claim of a conflict of interest, and after consultation with other lawyers and Mr. Skrobot, counsel has determined that withdrawal from the representation of Mr. Skrobot is the most prudent course of action.

3. We have contacted the Federal Defender's Office and consulted them about this situation, and that Office is prepared to appoint another panel attorney to represent Mr. Skrobot if this Court grants this motion.

4. This motion is necessitated through no fault of Mr. Skrobot.

-2-

WHEREFORE, for the reasons stated above, we respectfully request that the Court enter an Order allowing Terence H. Campbell, Theodore T. Poulos, and the law firm of Cotsirilos, Tighe & Streicker to withdraw from its representation of Mr. Skrobot in this case.

          Respectfully submitted,

          /s/ Terence H. Campbell
          Attorney For Defendant Lawrence Skrobot

Terence H. Campbell
Cotsirilos, Tighe & Streicker, Ltd.
33 North Dearborn Street, Suite 600
Chicago, Illinois 60602
312-263-0345

## CERTIFICATE OF SERVICE

Terence H. Campbell, an attorney, hereby certifies that in accordance with Fed.R.Crim.P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

1. Notice of Motion

2. Motion to Withdraw Due to Potential Conflict

were served pursuant to the District Court's ECF system as to ECF filers.

    /s/  Terence H. Campbell
    Terence H. Campbell