IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  08 CR 107 |
| | ) | |
| LAWRENCE SKROBOT, *et al*. | ) | Hon. Elaine E. Bucklo |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Lisa Noller
      Assistant United States Attorney
      219 South Dearborn Street, 5th Floor
      Chicago, IL 60604

PLEASE TAKE NOTICE that on Friday, May 9, 2008, at 10:00 a.m., we shall appear before the Honorable Elaine E. Bucklo, United States District Judge, in the Courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and present the Motion to Withdraw Due to Potential Conflict, a copy of which accompanies this Notice of Motion.

Respectfully submitted,

By:  /s/ Terence H. Campbell
     Attorney for Defendant Lawrence Skrobot

Terence H. Campbell
Cotsirilos Tighe & Streicker, Ltd.
33 North Dearborn Street, Suite 600
Chicago, IL 60602
312-263-0345