# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 107 - 1 | **DATE** | 5/9/2008 |
| **CASE TITLE** | USA vs. Lawrence Skrobot | | |

**DOCKET ENTRY TEXT**

Motion to withdraw appearance by Terence H. Campbell as counsel for the defendant is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|