UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 107 |
| | ) | |
| LAWRENCE SKROBOT, et al. | ) | Judge Elaine E. Bucklo |

**UNITED STATES' STATUS REPORT**

The United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby files this status report in advance of the July 11, 2008, status in the above-captioned case.

**I.   Motions**

There are no pending motions.

**II.  Plea Negotiations**

The government has sent plea agreements to 16 of the 18 charged defendants (the two remaining defendants are going to trial). It has engaged in active plea negotiations with 6 defendants, and one defendant (Kevin Earl) is scheduled to plead guilty on July 11, 2008. The government requests that at the July 11, 2008, status hearing, the court set change of plea dates for the other defendants who are prepared to change their pleas to guilty.

Three defendants (Lawrence Skrobot, Donald Thomas and John Lewis) have informed the government that they intend to persist in their pleas of not guilty and proceed to trial. Given the schedules of counsel, the possibility that additional defendants will go to trial and the complex nature of the charges in this case, the government requests a trial date in late February or March,

2009. If defendants Skrobot, Thomas and Lewis go to trial, the government expects the trial to last approximately 4 weeks.

### III.    Status Hearing

The government requests a status hearing the week of September 21, 2008. In the meantime, it will continue plea negotiations and schedule change of plea dates with the court, as necessary.

Dated: July 9, 2008

          Respectfully submitted,

          PATRICK J. FITZGERALD
          United States Attorney

          By: /s/ Lisa M. Noller
             LISA M. NOLLER
             MEGAN CHURCH
             Assistant United States Attorneys
             219 South Dearborn Street
             Chicago, Illinois 60604
             (312) 353-5314

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electric Case Filing (ECF), the United States' Status Report was served on all counsel identified on the attached service list, pursuant to the district court's ECF system, on July 9, 2008.

By: s/Lisa M. Noller
LISA M. NOLLER
Assistant United States Attorney
219 S. Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-5314

**Service List**
*United States v. Skrobot, et al.*, Case No. 08 CR 107

| | |
|---|---|
| Steven Shobat<br>Law Offices of Steven Shobat<br>53 W. Jackson<br>Suite 1603<br>Chicago, IL 60604<br>fax: (312) 913-0382<br>**Attorney for Lawrence Skrobot** | Larry Beaumont<br>53 W. Jackson Blvd.<br>Suite 626<br>Chicago, IL 60604<br>fax: (708) 371-6892<br>**Attorney for James Robert Thomas** |
| Heather Winslow<br>53 W. Jackson<br>Suite 926<br>Chicago, IL 60604<br>fax: (312) 294-0059<br>**Attorney for Varena McCloud** | Gal Pissetzky<br>53 W. Jackson Blvd.<br>Suite 1403<br>Chicago, IL 60604<br>Fax: (312) 939-1616<br>**Attorney for Charlene Batalla** |
| Paul Brayman<br>727 S. Dearborn<br>Suite 712<br>Chicago, IL 60605<br>fax: (312) 427-8343<br>**Attorney for Hattie Brooks** | Clarke Devereaux<br>53 W. Jackson Blvd.<br>Suite 615<br>Chicago, IL 60604<br>Fax: (312) 922-2055<br>**Attorney For Donald Thomas** |
| Michael Monico<br>Monico, Pavich & Spevack<br>20 S. Clark Street<br>Suite 700<br>Chicago, IL 60603<br>Fax: (312) 759-2000<br>**Attorney for Jonathon Marchetti** | John M. Beal<br>53 W. Jackson<br>Suite 1108<br>Chicago, IL 60604<br>Fax: (312) 408-2765<br>**Attorney for Joseph Green III** |
| Clarence Burch<br>1430 N. Western Ave.<br>Chicago, IL 60622<br>Fax: (773) 235-0659<br>**Attorney for Joseph Miller** | James A. McGurk<br>Law Offices of James A. McGurk, P.C.<br>10 South LaSalle Street<br>Suite 3300<br>Chicago, IL 60603<br>Fax: (312) 277-3497<br>**Attorney for Alfredo Hilado** |

| | |
|---|---|
| Lewis Meyers Jr.<br>25 E. Washington<br>Suite 1225<br>Chicago, IL 60602<br>Fax: (312) 236-8804<br>**Attorney for Johnny White** | Kaaren M. Plant<br>53 W. Jackson Blvd.<br>Suite 703<br>Chicago, IL 60604<br>Fax: (312) 663-5386<br>**Attorney for Diane Robinson** |
| J. Clifford Greene<br>Law Office of J. Clifford Greene, Jr.<br>53 West Jackson Blvd.<br>Suite 1304<br>Chicago, IL 60604<br>Fax: (773) 890-7966<br>**Attorney for John Lewis** | Ralph Schindler<br>53 W. Jackson Blvd.<br>Suite 818<br>Chicago, IL 60604<br>Fax: (312) 554-1041<br>**Attorney for James Green** |
| Ellen Domph<br>53 W. Jackson<br>Suite 1544<br>Chicago, IL 60604<br>fax: (312) 427-1788<br>312-922-2525<br>**Attorney for Christopher Marchetti** | Robert Willis<br>Childs & Willis<br>400 W. 76th Street<br>Suite 201<br>Chicago, IL 60620<br>Fax: (773) 783-4922<br>**Attorney for Karl Allen** |
| Michael J. Petro<br>53 W. Jackson Blvd.<br>Suite 324<br>Chicago, IL 60604<br>Fax: (312) 873-3758<br>**Attorney for Alonzo Braziel** | Thomas A. Gibbons<br>70 W. Hubbard St.<br>Suite 302<br>Chicago, IL 60610<br>Fax: (312) 222-9583<br>**Attorney for Kevin Earl** |