UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|             Plaintiff,    ) | |
|        v.                 ) | No. 08 CR 107 |
|                           ) | Honorable Elaine E. Bucklo |
| LARRY SKROBOT,            ) | |
|             Defendant.    ) | |

### DEFENDANT LARRY SKROBOT'S AGREED EMERGENCY MOTION FOR PERMISSION TO TRAVEL OUTSIDE THE DISTRICT

Now comes the Defendant, Larry Skrobot, by and through his appointed attorney, Steven Shobat, 53 West Jackson Boulevard, Suite 1603, Chicago, Illinois 60604, and hereby files this agreed motion for permission for defendant to travel outside of the District to Central Illinois. In support of the motion, the defendant states as follows.

1.  Defendant has been on supervised release in this case for approximately six months. Defendant has been in full compliance with all the requirements of his supervised release. Defendant has two sons who are participating in a baseball tournament in the Central District of Illinois during the weekend of July 17th to 20th, 2008. Mr. Skrobot is therefore requesting permission to travel outside the district from July 17th to July 20, 2008.

2.  The undersigned counsel spoke to Lisa Noller, the Assistant U.S. Attorney assigned to Mr. Skrobot's case and she has no objection to Mr. Skrobot's travel plans and agrees with the motion. Pretrial services requires notice prior to his departure and immediately upon his return from travel.

WHEREFORE the defendant Larry Skrobot respectfully requests that this Court enter

an order granting permission for Mr. Skrobot to travel to attend the baseball tournament involving his two sons.  A proposed order is attached hereto.

                                                Respectfully submitted,

                                                */s/ Steven Shobat*
                                                Steven Shobat
                                                Attorney for Larry Skrobot

Steven Shobat
53 West Jackson Boulevard
Suite 1603
Chicago, IL 60604
(312) 353-2118
steven.shobat@sbcglobal.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 CR 107 |
| | ) | Honorable Elaine E. Bucklo |
| LARRY SKROBOT, | ) | |
| Defendant. | ) | |

**AGREED ORDER**

Upon consideration of defendant, LARRY SKROBOT's motion to permit him to travel July 18, July 19, and July 20, 2008 to attend a baseball tournament in the Central District of Illinois, the United States of America, by Assistant U.S. Attorney Lisa Noller, having no objection, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AS FOLLOWS:

1. The motion to travel to the Central District of Illinois is granted;

2. Defendant Larry Skrobot is permitted to travel to the Central District of Illinois between July 18th and July 20th 2008;

3. Defendant must advise his pretrial services officer prior to departure and must advise his officer upon his return to his home in Illinois.

IT IS HEREBY ORDERED:

_____
United States District Judge

Dated: _____