**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                             Case No.: 1:08−cr−00107
                                                            Honorable Elaine E. Bucklo

Lawrence J. Skrobot, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 11, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Agreed motion to leave the jurisdiction [163] to attend the baseball tournament involving his two sons is granted as to Lawrence J. Skrobot (1). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.