UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|        Plaintiff,            ) | |
|    v.                                                       ) | No. 08 CR 107 |
|                                     ) | Honorable Elaine E. Bucklo |
| LARRY SKROBOT,                                  ) | |
|        Defendant.            ) | |

### DEFENDANT LARRY SKROBOT'S AGREED EMERGENCY MOTION FOR PERMISSION TO TRAVEL OUTSIDE THE DISTRICT

Now comes the Defendant, Larry Skrobot, by and through his appointed attorney, Steven Shobat, 53 West Jackson Boulevard, Suite 1603, Chicago, Illinois 60604, and hereby files this agreed motion for permission for defendant to travel outside of the District to Florida. In support of the motion, the defendant states as follows.

1. Defendant has been on supervised release in this case for approximately seven months. Defendant has been in full compliance with all the requirements of his supervised release. Defendant has been requested by prosecutors in Florida to attend the trial of individuals who have been charged with unlawful practice of midwifery which led to the death of his daughter. The trial is scheduled to begin on September 2, 2008 and will likely last at least a week. Mr. Skrobot is therefore requesting permission to travel outside the district from August 31, 2008 to September 12, 2008.

2. The undersigned counsel's office spoke to Lisa Noller, the Assistant U.S. Attorney assigned to Mr. Skrobot's case and she has no objection to Mr. Skrobot's travel plans and agrees with the motion. Pretrial services requires notice prior to his departure and immediately upon his return from travel.

WHEREFORE the defendant Larry Skrobot respectfully requests that this Court enter

an order granting permission for Mr. Skrobot to travel to attend the trial of individuals who are alleged to have caused his daughter's death.  A proposed order is attached hereto.

        Respectfully submitted,

        */s/ Steven Shobat*
        Steven Shobat
        Attorney for Larry Skrobot

Steven Shobat
53 West Jackson Boulevard
Suite 1603
Chicago, IL 60604
(312) 353-2118
steven.shobat@sbcglobal.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 CR 107 |
| | ) | Honorable Elaine E. Bucklo |
| LARRY SKROBOT, | ) | |
| Defendant. | ) | |

**AGREED ORDER**

Upon consideration of defendant, LARRY SKROBOT's motion to permit him to travel between August 31 and September 10, 2008 to attend the trial in Florida of individuals charged with causing the death of his daughter, the United States of America, by Assistant U.S. Attorney Lisa Noller, having no objection, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AS FOLLOWS:

1. The motion to travel to Florida is granted;

2. Defendant Larry Skrobot is permitted to travel to Florida between August 31 and September 12, 2008;

3. Defendant must advise his pretrial services officer prior to departure and must advise his officer upon his return to his home in Illinois.

IT IS HEREBY ORDERED:

_____
United States District Judge

Dated: _____