UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )  | |
|         Plaintiff,   ) | |
|     v.   ) | No. 08 CR 107 |
| ) | Honorable Elaine E. Bucklo |
| LARRY SKROBOT,   ) | |
|         Defendant.   ) | |

## NOTICE OF EMERGENCY MOTION

TO:   Ms. Lisa Noller
United States Attorney's Office
219 S. Dearborn
Fifth Floor
Chicago, Illinois 60604

    PLEASE TAKE NOTICE that we have filed on August 20, 2008, **DEFENDANT LARRY SKROBOT'S AGREED MOTION FOR PERMISSION TO TRAVEL OUT OF THE DISTRICT** to be heard before Honorable Elaine E. Bucklo, United States District Court, at 219 South Dearborn Street, Chicago, Illinois, 60604, on *Friday, August 22, 2008, at 9:30 a.m.*, in Courtroom 1441, or before such other who may be sitting in her place instead.

## CERTIFICATE OF SERVICE

    Steven Shobat, an attorney, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

1. Defendant's Agreed Motion for Permission to Travel Out of the District
2. Notice of Motion

were served pursuant to the District Court's ECF system as to ECF fliers, including the U.S. Attorney's Office on August 20, 2008.

                                                    /s/ Steven Shobat
                                                    Steven Shobat