# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cr−00107
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Elaine E. Bucklo

Lawrence J. Skrobot, et al.

　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

　　　MINUTE entry before the Honorable Elaine E. Bucklo:Agreed motion to leave the jurisdiction [188] is granted as to Lawrence J. Skrobot (1). Accordingly, defendant is allowed to travel to Florida to attend the trial referred to in his motion from August 31, 2008 to September 12, 2008. Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.